44466. AMERICAN LIBERTY INSURANCE COMPANY v. SANDERS.

PER CURIAM. It appearing that upon a grant of certiorari to our judgment of May 16, 1969, as reported in 120 Ga. App. 202, the Supreme Court has reversed the judgment (*Sanders v. American Liberty Ins. Co.*, 225 Ga. 796 (171 SE2d 539)), our judgment is vacated and the judgment of the trial court is affirmed in accordance with the judgment of the Supreme Court.

*Judgment affirmed. Bell, C. J., Eberhardt and Deen, JJ., concur.*

DECIDED JANUARY 8, 1970.

*Zorn & Royal, William A. Zorn,* for appellant.
*Jack J. Helms,* for appellee.